**IN THE SUPREME COURT OF PENNSYLVANIA**

OFFICE OF DISCIPLINARY
COUNSEL,

                Petitioner

        v.

KIMBERLY ANN FURMANEK,

                Respondent

:  No. 3052 Disciplinary Docket No. 3
:
:  No. 154 DB 2023
:
:  Attorney Registration No. 318304
:
:  (Greene County)
:
:
:
:

## ORDER

**AND NOW**, this 12th day of July, 2024, in the absence of a response to this Court's Rule to Show Cause why Respondent should not be placed on temporary suspension, the Rule is made absolute, and Kimberly Ann Furmanek is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). It is also ordered that:

1. Respondent shall comply with the provisions of Pa.R.D.E. 217;

2. The President Judge of the Court of Common Pleas of Greene County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which Respondent is involved, *see* Pa.R.D.E. 217(g); and

3. All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action by a court of appropriate jurisdiction.

Respondent's rights to petition for dissolution or amendment of this order and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6) are specifically preserved. This Order constitutes an imposition of public

discipline.  *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").